IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

SHARMILA MELISSA POWELL,

    Petitioner,

v.                                       CIVIL ACTION NO.: CV212-202

BELINDA DAVIS, Warden,

    Respondent.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In her Objections, Petitioner Sharmila Powell ("Powell") asserts that a court should not require a petitioner to exhaust her state remedies if the petitioner shows that the state process is ineffective to protect the petitioner's rights. As the Magistrate Judge noted, that is a correct statement of the law. However, Powell fails to show that the state process has been ineffective in this case. The Court notes that Powell's motion for a new trial has been pending in the state court for more than four (4) years. A hearing was to be held on this motion on April 26, 2013, (Doc. No. 29), and a ruling on this motion should be forthcoming relatively soon. Powell can then continue to exhaust her state remedies before filing another 28 U.S.C. § 2254 petition in federal court.

AO 72A
(Rev. 8/82)

Powell's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Respondent's Motion to Dismiss is **GRANTED**. Powell's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, is **DISMISSED**, without prejudice. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 6 day of May, 2013.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA